# CIRCUIT COURT OF THE CITY OF PORTSMOUTH

Elbridge K. Mann, Jr.

v.

McAllister Towing of Va., Inc.

November 5, 1997

Case No. L93-827A

BY JUDGE JAMES A. CALES, JR.

The court denies the Motion to Quash the deposition of Dr. Paul Fairman. The court is greatly impressed with the brilliant tactical maneuver in trying to shield Dr. Fairman's testimony under Rule 4:1(b)(4)(B). I am of the opinion that since Dr. Fairman was a witness designated by the court to examine the plaintiff, he is not an expert witness properly shielded by Rule 4:1(b)(4)(B); on the contrary, I opine that Rule 4:10(c)(3) takes precedence over Rule 4:1(b)(4)(B) and dictates that Dr. Fairman may be deposed. Adherence to the case of *Brown v. Ringstad*, 142 F.R.D. 461 (S.D. Iowa, 1992), dictates a result that is neither fair nor consistent with either the Virginia deviation from the Federal Rules or the language in *Virginia Linen Service, Inc. v. Allen*, 198 Va. 700 (1957).

Caveat: the Plaintiff should be aware that the use of Dr. Fairman's testimony, in any form at trial, under the language of the aforementioned *Allen* case, will make Dr. Fairman the plaintiff's witness. The only reason that Dr. Fairman can be questioned as to his hiring and remuneration would be for impeachment purposes; obviously, the plaintiff will not be allowed to impeach his own witness.